**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for PANG YANG

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG YANG, ) | 1:07-CV-01099 AWI SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due March 12, 2008, and is therefore requesting until April 12, 2008 in which to file the opening brief.

Dated: March __11__, 2008      /S/ THOMAS V. MILES for
                               _____
                               ROBERT ISHIKAWA
                               Attorney for Plaintiff,

Dated: March __11__, 2008      /S/ GINA SHIN
                               _____
                               GINA SHIN
                               Assistant Regional Counsel

IT IS SO ORDERED.

Dated: __3/11/2008__

                               /s/ Sandra M. Snyder
                               _____
                               THE HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge

1