**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for PANG YANG

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG YANG, ) | 1:07-cv-01099 AWI SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 12, 2008, and is therefore requesting until May 12, 2008 in which to file the opening brief.

Dated: April __11__, 2008        /S/ THOMAS V. MILES for
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff,

Dated: April __11__, 2008        /S/ GINA SHIN
                                 _____
                                 GINA SHIN
                                 Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  4/14/2008

                                  /s/ Sandra M. Snyder
                                 _____
                                 THE HONORABLE SANDRA M. SNYDER
                                 United States Magistrate Judge

1