**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
Fresno, California 93711
Telephone: (559) 432-9610

Attorney for PANG YANG

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG YANG, ) | 1:07-CV-01099 AWI SMS |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
|     Defendant. ) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 12, 2008, and is therefore requesting until May 26, 2008 in which to file the opening brief.

Dated: May __8__, 2008          /S/ THOMAS V. MILES for
                                _____
                                ROBERT ISHIKAWA
                                Attorney for Plaintiff,

Dated: May __8__, 2008          /S/ GINA SHIN
                                _____
                                GINA SHIN
                                Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  5/8/2008

                                 /s/ Sandra M. Snyder
                                _____
                                THE HONORABLE SANDRA M. SNYDER
                                United States Magistrate Judge

1