UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG YANG, | ) 1:07-cv-01099-AWI-SMS |
| | ) |
| Plaintiff, | ) ORDER RE: FINDINGS AND |
| v. | ) RECOMMENDATIONS RE: PLAINTIFF'S |
| | ) SOCIAL SECURITY COMPLAINT (DOCS. |
| MICHAEL J. ASTRUE, | ) 2, 24) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

    Plaintiff is proceeding in forma pauperis and with counsel with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15). Pending before the Court is the Magistrate Judge's findings and recommendations regarding Plaintiff's Social Security complaint.

    On October 23, 2008, the Court filed findings and a recommendation that Plaintiff's social security complaint be granted in part, that the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of the

1

claim, and the Clerk be directed to enter judgment for Plaintiff Pang Yang and against Defendant Michael J. Astrue. The findings and recommendation were served on all parties on October 23, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation filed on , are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed on October 23, 2008, are ADOPTED IN FULL; and

2. The Plaintiff's social security complaint IS GRANTED IN PART, and the matter IS ORDERED remanded pursuant to sentence four of 42 U.S.C. § 405(g); and

3. The Clerk of Court IS DIRECTED to enter judgment for Plaintiff Pang Yang and against Defendant Michael J. Astrue.

IT IS SO ORDERED.

**Dated:   January 22, 2009**           **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

2